AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-mj-205 |
| Joei Leann Gallman | ) | Assigned To: Magistrate Judge G. Michael Harvey |
| | ) | Assign. Date: 9/16/2022 |
| | ) | Description: Complaint with Arrest Warrant |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joei Leann Gallman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 09/16/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:23:37 -04'00'

*Issuing's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/16/22, and the person was arrested on *(date)* 9/27/22
at *(city and state)* Greenville SC.

Date: 9/27/22

*Arresting officer's signature*

Robert Gebing - Task Force Officer
*Printed name and title*