**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOEI GALLMAN,**<br><br>Defendant. | **Case No. 1:23-cr-48 (ABJ-2)** |

**MOTION FOR ADMISSION OF ATTORNEY CYNTHIA CRICK PRO HAC VICE**

Pursuant to LCrR 44.1 (c), Defendant moves for the admission and appearance of attorney Cynthia Crick *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Cynthia Crick, filed herewith. As set forth in Ms. Crick's declaration, she is admitted and an active member in good standing of the following courts and bars: the South Carolina Bar and the U.S. District Court for the District of South Carolina. This motion is supported and signed by William M. Sullivan, Jr., an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

*/s/ William M. Sullivan, Jr.*
William M. Sullivan, Jr.,
Pillsbury, Winthrop, Shaw & Pittman, LLP
1200 Seventeenth Street, NW
Washington, D.C. 20036
(202) 663-8027

This 6th day of April 2023.